**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

M. OVERTON,                    ) Case No. CV 16-4254-R (JPR)
                               )
                Plaintiff,     )
                               )       **J U D G M E N T**
          v.                   )
                               )
WARDEN et al.,                 )
                               )
                Defendants.    )
_____)

    Under the Order Dismissing Plaintiff's Complaints,

IT IS HEREBY ADJUDGED that this action is dismissed.


DATED: July 5, 2016          _____
                             MANUEL REAL
                             U.S. DISTRICT JUDGE